# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ANTHONY VALDEZ,<br>Defendant. | Case No. 18-cr-00506-BLF-1<br><br>**ORDER FINDING THAT CASES ARE NOT RELATED** |

On December 20, 2018, the Government filed a Notice of Related Case in a Criminal Action (ECF 23), indicating that the above-captioned case may be related to *United States v. Magat*, 18-cr-00612-EJD within the meaning of Criminal Local Rule 8-1. No response was filed within the seven days provided by the Rule. *See* Crim. L.R. 7-1(d).

The undersigned finds that the two actions are NOT RELATED.

**IT IS SO ORDERED.**

Dated: January 4, 2019

_____
BETH LABSON FREEMAN
United States District Judge