ALEX G. TSE (CABN 152348)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

KATHERINE GRIFFIN (CABN 282162)
Assistant United States Attorney

    150 Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5061
    Katherine.Griffin@usdoj.gov

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 5:18-CR-00506-BLF-1 |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER VACATING DETENTION HEARING |
| v. | |
| ANTHONY VALDEZ, | |
| Defendant. | |

The defendant, ANTHONY VALDEZ, represented by Gail Shifman and Marcia Morrissey, and the Government, represented by Assistant United States Attorney Katherine Griffin, hereby stipulate and agree as follows:

1. On December 6, 2018, the defendant was charged by way of superseding indictment. On December 11, 2018, the defendant was arrested and an initial appearance was held.

2. On December 27, 2018, an attorney appointment hearing was held, during which time Gail Shifman was appointed to represent the defendant. During this hearing, the government moved for pretrial detention of the defendant and a detention hearing was scheduled for January 15, 2019. A status hearing was also set before the Honorable Beth Labson Freeman, United States District Judge, for January 29, 2019. Additionally, an order was entered excluding time under the Speedy Trial Act from December 27,

STIP. AND [PROPOSED] ORDER VACATING DETENTION HEARING
5:18-CR-506-BLF-1

2018, to January 29, 2019.

3. Marcia Morrisey was later appointed as Learned Counsel on January 4, 2019.

4. The matter is currently set for a detention hearing before the Honorable Virginia DeMarchi, United States Magistrate Judge, on January 15, 2019 at 1:30 p.m.

5. The defendant, Anthony Valdez, waives his right to a detention hearing, without prejudice to proceeding with such a hearing in the future. *See* 18 U.S.C. § 3142. In light of this waiver, the parties request that the detention hearing currently scheduled for January 15, 2019 be vacated.

**SO STIPULATED.**

ALEX G. TSE
United States Attorney

Dated: January 14, 2019

/s/ Katherine Griffin

KATHERINE GRIFFIN
Assistant United States Attorney

Dated: January 14, 2019

/s/ Gail Shifman

GAIL SHIFMAN
MARCIA MORRISSEY
Attorneys for ANTHONY VALDEZ

# ~~[PROPOSED]~~ ORDER

Pursuant to stipulation, IT IS HEREBY ORDERED that the defendant, ANTHONY VALDEZ, has waived his right to a detention hearing, without prejudice to reopening the matter.

Therefore, IT IS HEARBY ORDERED that the detention hearing in the instant case, currently scheduled for January 15, 2019, is VACATED. The defendant remains scheduled for a status conference before the Honorable Beth Labson Freeman on January 29, 2019. Time has been ordered excluded under the Speedy Trial Act until this date.

Furthermore, IT IS HEREBY ORDERED that the defendant is to be remanded to the custody of the United States Marshal or other authorized officer.

DATED: January 14, 2019

HON. VIRGINIA DEMARCHI
United States Magistrate Judge